UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 12 CR 791-2 |
| vs. | ) | |
| | ) | Judge John Z. Lee |
| STEVE LEWIS | ) | |

# GOVERNMENT'S EXHIBIT LIST

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits this list of exhibits. Defendant's counsel represented that defendant has no objection to the foundation for any of the government's proposed exhibits, but reserve the right to object to relevance of certain exhibit.

| Exhibit | Description | Source | Bates |
|---|---|---|---|
| BA-1 | Records for Bank Atlantic Account No. 57105155 (A. Bisaria and M. Bisaria) | Bank Atlantic | CSLN_014-000001-000552<br>UCB_040-000106-000118 |
| BA-2 | Records for Bank Atlantic Account No. 55902397 (Shubh Hotels, LLC) | Bank Atlantic | CSLN_014-001982-002257<br>UCB_040-000037-000068<br>UCB_040-000079-000105 |
| BA-3 | Records for Bank Atlantic Account No. 55563512 (Shubh Hotels, LLC Corporate Account) | Bank Atlantic | CSLN_014-001814-001981 |
| BA-4 | Records for Bank Atlantic Account No. 55563389 (DoubleTree Guest Suites Operating Account) | Bank Atlantic | CSLN_014-001017-001813<br>UCB_040-000127-000353 |
| BA-5 | Records for Bank Atlantic Account No. 5563371 (DoubleTree Guest Suites Payroll Account) | Bank Atlantic | CSLN_014-000553-000710 |
| BA-6 | Records for Bank Atlantic Account No. 63281750 (DoubleTree Guest Suites Depository Account) | Bank Atlantic | CSLN_014-000711-001015 |

| Exhibit | Description | Source | Bates |
|---|---|---|---|
| BA-7 | Records for Bank Atlantic Account No. 63365611 (Shubh Hotels Detroit, LLC) | Bank Atlantic | CSLN_014-002703-002839<br>CSLN_014-002677-002702<br>UCB_040-00038-00068 |
| BA-8 | Records for Bank Atlantic Account No. 63365975 (Shubh Hotels Springdale, LLC) | Bank Atlantic | CSLN_014-002258-002307 |
| BA-9 | Records for Bank Atlantic Account No. 61852032 (Shubh, LLC) | Bank Atlantic | CSLN_014-002453-002502<br>UCB_040-000076-000078 |
| BA-10 | Records for Bank Atlantic Account No. 59878346 (Shubh Hotels Asset Manager, LLC) | Bank Atlantic | CSLN_014-002396-002452 |
| BA-11 | Records for Bank Atlantic Account No. 618502370 (Shubh Family, LLC) | Bank Atlantic | CSLN_014-002503-002541<br>UCB_040-000069-000075 |
| BA-12 | Records for Bank Atlantic Account No. 61851695 (Shubh Hotels Pittsburgh, LLC) | Bank Atlantic | CSLN_014-002632-002676<br>UCB_040-000005-000037<br>UCB_040-000004-000034 |
| BA-13 | Records for Bank Atlantic Account No. 61851703 (Shubh Hotels Pittsburgh Investments) | Bank Atlantic | CSLN_014-002308-002353 |
| BA-14 | Records for Bank Atlantic Account No. 63414252 (Shubh Oceanic, LLC) | Bank Atlantic | CSLN_014-2542-002571<br>UCB_040-000119-000121 |
| BA-15 | Records for Bank Atlantic Account No. 64974221 (Shubh Oceanic 2, LLC) | Bank Atlantic | CSLN_014-002572-002599 |
| BA-16 | Records for Bank Atlantic Account No. 59738102 (Shubh Hotels Lincoln Investment, LLC) | Bank Atlantic | CSLN_014-002354-002395 |
| BA-17 | Records for Bank Atlantic Account No. 64974551 (Shubh Hotels Tampa, LLC) | Bank Atlantic | CSLN_014-002600-002631 |
| BB-1 | Broadway Bank loan file for Shubh Springdale, LLC (Loan No. 314805) | Broadway Bank | UCB_027-000001-001703 |
| BB-2 | Broadway Bank Credit Analysis | Broadway Bank | UCB_027-000024-000040 |
| BB-3 | Loan Note (4/19/2007) | Broadway Bank | UCB_027-000145-000152 |
| BB-4 | Construction Loan Agreement (4/19/2007) | Broadway Bank | UCB_027-000243-000286 |
| BB-5 | Mortgage, Assignment of Leases and Rents and Security Agreement (4/19/2007) | Broadway Bank | UCB_027-000161-000193 |

| Exhibit | Description | Source | Bates |
|---|---|---|---|
| BB-6 | Security Agreement (4/19/2007) | Broadway Bank | UCB_027-000213-000226 |
| BB-7 | Pledge and Security Agreement (4/19/2007) | Broadway Bank | UCB_027-000227-000235 |
| BB-8 | Loan Renewal Agreement (12/8/2008) | Broadway Bank | UCB_027-000121-000129 |
| BB-9 | Budget Proposal (4/11/07) | Broadway Bank | UCB_027-001607-001622 |
| BB-10 | Contract Purchasing & Design Deposit Invoice (4/20/2007) | Broadway Bank | UCB_027-001600 |
| BB-11 | Email forwarded to Vinit Shah (S. Patton to A. Bisaria, 4/20/2007) | Broadway Bank | UCB_027-001599 |
| BB-12 | Outgoing Wire Transfers (4/20/2007) | Broadway Bank | UCB_027-001601 |
| BB-13 | Contract Purchasing & Design Deposit Invoice (4/20/2007) | Broadway Bank | UCB_027-001559 |
| BB-14 | General Ledger Credit (5/29/2007) | Broadway Bank | UCB_027-001558 |
| BB-15 | Outgoing Wire Transfers (5/29/2007) | Broadway Bank | UCB_027-001560 |
| BB-16 | Contract Purchasing & Design Deposit Invoice (12/19/2007) | Broadway Bank | UCB_027-001537 |
| BB-17 | Email forwarded to Vinit Shah (S. Patton to A. Bisaria, 12/20/2007) | Broadway Bank | UCB_027-001539 |
| BB-18 | General Ledger Credit (12/21/2007) | Broadway Bank | UCB_027-001536 |
| BB-19 | Outgoing Wire Transfers (12/21/2007) | Broadway Bank | UCB_027-001538 |
| BB-20 | Contract Purchasing & Design Deposit Invoice (1/21/2008) | Broadway Bank | UCB_027-001517 |
| BB-21 | Contract Purchasing & Design Statement of Account (1/21/2008) | Broadway Bank | UCB_027-001518 |
| BB-22 | General Ledger Credit (1/22/2008) | Broadway Bank | UCB_027-001516 |
| BB-23 | Outgoing Wire Transfers (1/22/2008) | Broadway Bank | UCB_027-001519 |
| BB-24 | Credit Memorandum (12/15/2008) | Broadway Bank | UCB_027-000074 |
| BB-25 | Credit Memorandum (4/13/2009) | Broadway Bank | UCB_027-001651 |
| BB-26 | Credit Memorandum (5/27/2009) | Broadway Bank | UCB_027-000048 |

| Exhibit | Description | Source | Bates |
|---|---|---|---|
| BB-50 | Hard Drive with Broadway Bank .pst files | Broadway Bank | N/A |
| BB-51 | Email from A. Bisaria to V. Shah (5/24/2007) | Broadway Bank | N/A |
| BB-52 | Email from S. Patton to V. Shah (1/22/2008) | Broadway Bank | N/A |
| BOA-1 | Records for Wachovia Bank Account No. 2000021415232 (CPD Operating Account) | Bank of America | UCB_002-000006-000232 UCB_035-000001-002716 UCB_036-000001-000590 |
| C-1 | Summary Chart: Broadway Bank Draw 1 | FBI | |
| C-2 | Summary Chart: Broadway Bank Draw 2 | FBI | |
| C-3 | Summary Chart: Broadway Bank Draw 3 | FBI | |
| C-4 | Summary Chart: Broadway Bank Draw 4 | FBI | |
| C-5 | Summary Chart: Mutual Bank Draw 1 | FBI | |
| CPD-1 | Email from S. Patton to A. Bisaria (4/20/2007) | Contract Purchase & Design | UCB_026-000008-000009 |
| CPD-2 | Email from C. Souza to S. Patton (4/20/2007) | Contract Purchase & Design | UCB_033-000899-000900 |
| CPD-3 | Email from Wachovia.com to S. Patton (4/20/2007) | Contract Purchase & Design | UCB_026-000010 |
| CPD-4 | Email from Wachovia.com to S. Patton with S. Patton notes (4/20/2007) | Contract Purchase & Design | UCB_026-000011 |
| CPD-5 | Fax from S. Patton to Wachovia with funds transfer request (4/23/2007) | Contract Purchase & Design | UCB_026-000012-000013 |
| CPD-6 | Ledger (4/20/2007-4/23/2007) | Contract Purchase & Design | UCB_030-000046-000047 |
| CPD-7 | Email from Wachovia.com to S. Patton (5/29/2007) | Contract Purchase & Design | UBS_26-0000176 |
| CPD-8 | Funds Transfer notes (5/31 and 6/01) | Contract Purchase & Design | UCB_026-000018 |

| Exhibit | Description | Source | Bates |
|---|---|---|---|
| CPD-9 | Ledger (5/29/2007-6/1/2007) | Contract Purchase & Design | UCB_030-000049-000050 |
| CPD-10 | Email from S. Patton to A. Bisaria (12/20/2007) | Contract Purchase & Design | UCB_025-000015 |
| CPD-11 | Fax from C. Souza to S. Patton (12/20/2007) | Contract Purchase & Design | UCB_026-000022-000023 |
| CPD-12 | Email from Wachovia.com to S. Patton (12/21/2007) | Contract Purchase & Design | UCB_026-000021 |
| CPD-13 | Fax from S. Patton to Wachovia w/ funds transfer request (12/21/2007) | Contract Purchase & Design | UCB_026-000024-000026 |
| CPD-14 | Ledger (12/21/2007-12/21/2007) | Contract Purchase & Design | UCB_030-000051 |
| CPD-15 | Email from S. Patton to A. Bisaria with Statement of Acct. and Invoice (1/21/2008) | Contract Purchase & Design | UCB_026-000027-000029 |
| CPD-16 | Funds Transfer Entry | Contract Purchase & Design | UCB_026-000027 |
| CPD-17 | Funds Transfer Request (1/23/2008) | Contract Purchase & Design | UCB_026-000030 |
| CPD-18 | Ledger (1/22/2008-1/23/2008) | Contract Purchase & Design | UCB_030-000048 |
| CPD-19 | CPD Springdale-Cincinnati: All Purchase Orders (1/26/2012) | Contract Purchase & Design | UCB_030-000052 |
| CPD-20 | CPD Sales Orders (1/16/2009) | Contract Purchase & Design | UCB_026-000232-000233 UCB_026-000158-000159 |
| CPD-21 | CPD Invoices (7/29/2008-10/27/2010) | Contract Purchase & Design | UCB_026-000031-000034 UCB_026-000002-000004 |
| CPD-22 | Email from S. Patton to A. Bisaria with proposal form attached (1/22/2008) | Contract Purchase & Design | UCB_005-000152-000154 |

| Exhibit | Description | Source | Bates |
|---|---|---|---|
| CPD-23 | Email from S. Patton to A. Bisaria with updated proposal form attached (3/10/2008) | Contract Purchase & Design | UCB_005-000162-000164 |
| CPD-24 | Email from S. Patton to C. Ciapinna with Contractor's Sworn Statement attached (3/12/2008) | Contract Purchase & Design | UCB_005-000178-000181 |
| CPD-25 | Email from S. Patton to A. Bisaria with Sales Order and Invoice attached (3/13/2008) | Contract Purchase & Design | UCB_005-000182-000184 |
| CPD-26 | Email from S. Patton to C. Ciapinna with lien waiver and contract (3/13/2008) | Contract Purchase & Design | UCB_005-000185-000189 |
| CPD-27 | Email from S. Patton to A. Bisaria with AIA Document attached (3/14/2008) | Contract Purchase & Design | UCB_005-000142-000150 |
| CPD-28 | Email from Wachovia.com to S. Patton (3/14/2008) | Contract Purchase & Design | UCB_005-000151 |
| CPD-29 | Ledger (3/14/2008-3/14/2008) | Contract Purchase & Design | UCB_030-000003 |
| CPD-30 | CPD DoubleTree Hotel -- All Purchase Orders spreadsheet (1/26/12) | Contract Purchase & Design | UCB_030-000004-000007 |
| CPD-31 | Email from Steve Lewis to Jennifer Giles (4/16/2008) | Contract Purchase & Design | UCB_033-001870 |
| CPD-32 | Email from Steve Lewis to Jennifer Giles (5/19/2008) | Contract Purchase & Design | UCB_033-001871 |
| CPD-33 | Email from Jennifer Giles to Steve Berry (6/3/2008) | Contract Purchase & Design | UCB_033-001872 |
| KD-1 | Email from C. Ciappina to R. Wohead and R. Barth with Owners Payment Authorization, Sales Order, and Invoice attached (3/13/2008) | Kubicki Draper | CSLN_018-000005-000008 |
| KD-2 | Email form C. Ciappina to L. Stoner with Owner's Sworn Statement and Contractor's Sworn Statement attached (3/13/2008) | Kubicki Draper | CSLN_018-000009-000012 |

| Exhibit | Description | Source | Bates |
|---|---|---|---|
| KD-3 | Email from C. Ciappina to R. Wohead and R. Barth with Contract and Lien Waiver attached (3/13/2008) | Kubicki Draper | CSLN_018-000013-000018 |
| KD-4 | Email from C. Ciappina to R. Wohead and R. Barth with AIA Document attached (3/14/2008) | Kubicki Draper | CSLN_018-000019-000028 |
| KD-5 | Email from R. Wohead to L. Stoner (3/14/2008) | Kubicki Draper | CSLN_017-000379 |
| KD-6 | Fax from R. Wohead to L. Stoner (3/13/2008) | Kubicki Draper | CSLN_22-000069-000076 |
| MB-1 | Mutual Bank loan file for Shubh Boca | Mutual Bank | CSLN_005-000001-003742 |
| MB-2 | Loan Commitment (2/6/2008) | Mutual Bank | CSLN_005-000680-000691 |
| MB-3 | Loan Presentation (2/6/2008) | Mutual Bank | CSLN_005-000726-000738 |
| MB-4 | Promissory Note (2/8/2008) | Mutual Bank | CSLN_005-000830-000834 |
| MB-5 | Commercial Loan Agreement (2/8/2008) | Mutual Bank | CSLN_005-000548-000558 |
| MB-6 | Commercial Security Agreement (2/8/2008) | Mutual Bank | CSLN_005-000542-000547 |
| MB-7 | Construction Loan Agreement (2/8/2008) | Mutual Bank | CSLN_005-000526-000535 |
| MB-8 | Business Purpose Affidavit (2/8/2008) | Mutual Bank | CSLN_005-000521 |
| MB-9 | CPD Sales Order (11/13/2007) | Mutual Bank | CSLN_005-000318 |
| MB-10 | CPD Invoice (3/6/2008) | Mutual Bank | CSLN-005-000317 |
| MB-11 | Sworn Statement of Owner (3/13/2008) | Mutual Bank | CSLN_005-000310 |
| MB-12 | General Contractor's Sworn Statement (3/12/2008) | Mutual Bank | CSLN_005-000311-000312 |
| MB-13 | Partial Conditional Waiver (3/13/2008) | Mutual Bank | CSLN_005-000320 |
| MB-14 | CPD Proposal (3/10/2008) | Mutual Bank | CSLN_005-000321 |
| MB-15 | CPD Agreement (2/11/2008) | Mutual Bank | CSLN_005-000319 |
| MB-16 | Owners Payment Authorization (3/13/2008) | Mutual Bank | CSLN_005-000313 |
| MB-17 | Certification as to Completion (3/13/2008) | Mutual Bank | CSLN_005-000315 |
| MB-18 | Lender's Disbursing Statement (3/13/2008) | Mutual Bank | CSLN_005-000316 |
| MB-19 | Construction Draw Instructions (3/13/2008) | Mutual Bank | CSLN_005-000314 |
| MB-20 | Wire Transfer Record (3/13/2008) | Mutual Bank | CSLN_005-000305 |

| Exhibit | Description | Source | Bates |
|---|---|---|---|
| MB-21 | Settlement Statement (2/8/2008) | Mutual Bank | CSLN_005-000950 |
| PB-1 | Records for Paradise Bank Account No. 13200191 (CPD) | Paradise Bank | UCB_014-000001-000209 |
| PNC-1 | Records for PNC Bank Account No. (10-2064-6882 (Shubh Hotels Pittsburgh, LLC Operating Account) | PNC Bank | UCB_038-000001-000218 |
| PNC-2 | Records for PNC Bank Account No. 10-2064-6962 (Shubh Hotels Pittsburgh, LLC Manager Account) | PNC Bank | UCB_038-000219-000373 |
| PNC-3 | Records for PNC Bank Account No. 10-2064-6874 (Shubh Hotels Pittsburgh, LLC Depository Account) | PNC Bank | UCB_038-000374-000676 |
| PNC-4 | Records for PNC Bank Account No. 10-2227-3653 (Shubh Hotels Pittsburgh LLC Escrow Renovation Steel) | PNC Bank | UCB_038-000677-000704 |