UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12 CR 791-2 |
| vs. | ) | |
| | ) | Judge John Z. Lee |
| STEVE LEWIS | ) | |

## GOVERNMENT'S PROPOSED WITNESS

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits this list of prospective witnesses it may call at trial:

1. Avadalos, Constantine
2. Barry, Stephen
3. Celentano, Joseph
4. Chaudhury, Sankaayan
5. Ciapinna, Carol
6. Collins, Patrick
7. D'Costa, Anthony
8. Ferguson, Jane
9. Giles, Jennifer
10. Hoholik, Robert
11. Pancholi, Kaushik
12. Patton, Sylvia
13. Pillai, Anup
14. Rankin, Jane
15. Roussos, Nikko
16. Rushmore, Kelly
17. Shah, Vinit
18. Sguros, Gloria
19. Stoner, Lynn
20. Souza, Cecilia
21. Tseng, Lisa
22. Wohead, Robert
23. Wynne, Keith

- 2 -

        Respectfully submitted,

        ZACHARY T. FARDON
        United States Attorney

By:    /s/ Rick D. Young
        Rick D. Young
        Andrew S. Boutros
        Assistant United States Attorneys
        219 South Dearborn, 5th Floor
        Chicago, IL 60604
        (312) 353-5300