UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CRIMINAL ACTION NO. 12 CR 791-2 |
| STEVE LEWIS, | ) | |
| | ) | |
| Defendant | ) | FILED ELECTRONICALLY |

## DEFENDANT'S EXHIBIT LIST

The Defendant, STEVE LEWIS, by and through his attorneys, LEONARD G. AMBROSE III, Esq. and RONALD A. DINICOLA, Esq., respectfully submit this list of exhibits.

| No. | Exhibit Description |
|---|---|
| 1 | Property Improvement Plan dated 07/20/2006 for Cincinnati Crowne Plaza<br>CPD01341—01369 |
| 2 | Budget Worksheet dated 04/05/2007 (updated 04/11/2007) Ramada Plaza Hotel<br>CPD01325-01326 |
| 3 | Budget Worksheet dated 06/06/2008 Cincinnati Crowne Plaza<br>CPD01312-01324 |
| 4 | Budget Worksheet dated 01/26/2010 Cincinnati Crowne Plaza<br>CPD01299-01311 |
| 5 | Plan and Design Review dated 03/20/2010 from Jennifer Giles to Harris Mathis for Cincinnati Crowne Plaza<br>CPD03483-03486 |
| 6 | Plan and Design Review dated 03/20/2010 (revised) from Joe Draffen to Jennifer Giles for Cincinnati Crowne Plaza<br>CPD03487-03491 |

| | |
|---|---|
| 7 | Plan and Design Review dated 03/20/2010 (final approval) from Jennifer Giles to Harris Mathis for Cincinnati Crowne Plaza<br>CPD03492-03496 |
| 8 | CPD Product Specifications sheets, photos and vendors dated 02/05/2010 for Cincinnati Crowne Plaza<br>CPD01190-01295 |
| 9 | Email dated 04/18/2008 from Steve Lewis to Jennifer Giles re IHG site for Cincinnati<br>CPD03401 |
| 10 | Email dated 05/19/2008 from Steve Lewis to Jennifer Giles re IHG site for Cincinnati<br>CPD03402 |
| 11 | Email dated 06/03/2008 from Jennifer Giles to Steve Barry requesting drawings of Cincinnati Crowne Plaza<br>CPD03403 |
| 12 | Emails dated 06/04/2008 between Steve Barry and Jennifer Giles with drawings of Cincinnati Crowne Plaza<br>CPD03404-03423 |
| 13 | Letter dated 08/11/2008 from Shannon Davis to John Langley (cc Harris Mathis) re renovation requirements for the Cincinnati Crowne Plaza<br>CPD01381-01409 |
| 14 | Emails dated 08/13/2008 between Harris Mathia, Steve Barry and Shannon Davis with Property Improvement Plan for Cincinnati Crowne Plaza<br>CPD03424-03453, CPD03456-03457 |
| 15 | Emails dated 01/21/2009 between Steve Barry, Jennifer Giles and Christopher Ott re room beds for Cincinnati Crowne Plaza<br>CPD03458-03469 |
| 16 | Email dated 02/28/2010 from FedEx to Jennifer Giles re delivery of CP Design Boards for Cincinnati Crowne Plaza<br>CPD03470 |

| | |
|---|---|
| 17 | Emails dated 03/24/2009 between Joe Draffen and Jennifer Giles re Cincinnati North<br>CPD03471-03482 |
| 18 | Merchandise Listing dated 04/17/2009 for Cincinnati Crowne Plaza<br>CPD01143 |
| 19 | Letter dated 04/10/2008 from Sylvia Patton to Atul Bisaria re delivery of merchandise for Cincinnati Crowne Plaza<br>CPD01145 |
| 20 | Letter dated 05/12/2008 from Lenka Paleckova (Francise Administration) to Harris Mathis re Cincinnati Crowne Plaza<br>CPD01173-01189, GJ-002-000076-000092 |
| 21 | Drawings and notes by Jennifer Giles re Cincinnati Crowne Plaza<br>CPD01334-01340 |
| 22 | CPD Deposit Invoice #22790 dated 04/20/2007 to Shubh Hotel Springdale<br>CPD01111, GJ-002-000093 |
| 23 | CPD Deposit Invoice #22790 dated 04/20/2007 to Shubh Hotel Springdale<br>CPD01145 |
| 24 | Wire Transfer #04200709 dated 04/20/2007 from Broadway Bank to Wachovia Bank<br>CPD01112, GJ-002-000094 |
| 25 | Wire Transfer #04200709 dated 04/20/2007 from Broadway Bank to Wachovia Bank with hand written notes<br>CPD01113, GJ_002-000095 |
| 26 | Email dated 04/20/2007 from Cecilia Souza re Cincinnati Crowne Plaza<br>CPD01117 |
| 27 | Wiring Instructions from Cecilia Souza to Sylvia Patton with Wiring Instructions<br>CPD02433-02434, GJ_002-000096-000097 |

| | |
|---|---|
| 28 | Email dated 04/20/2007 from Silvia Patton to Abul Biseria with Deposit Invoice #22700<br>CPD01110, GJ_002-000098 |
| 29 | Fax dated 04/23/2007 from Sylvia/Steve to Joyce Replinski Wachovia with Exception Funds Transfer Request<br>CPD01114-01116, GJ_002-000099-000101 |
| 30 | CPD Deposit Invoice #22912 dated 05/24/2007 to Shubh Hotel Springdale<br>CPD01118, GJ_002-000102 |
| 31 | CPD Deposit Invoice #22912 dated 05/24/2007 to Shubh Hotel Springdale<br>CPD01147 |
| 32 | Wire Transfer #05390179 dated 05/29/2007 from Broadway Bank to Wachovia Bank<br>CPD01119, GJ_002-000103 |
| 33 | Funds Transfer Advice #2007060100028448 dated 06/01/2007<br>CPD01120, GJ_002-000104 |
| 34 | CPD Invoice #23976 dated 12/19/2007 to Shubh Hotel Springdale<br>CPD01121, GJ_002-000105 |
| 35 | Email dated 12/20/2007 from Silvia Patton to Abul Biseria with Wiring Instructions<br>CPD01122, GJ_002-000106 |
| 36 | Wire Transfer #12210702 dated 04/20/2007 from Broadway Bank to Wachovia Bank<br>CPD01123, GJ_002-00017 |
| 37 | Fax dated 12/20/2007 from Shubh Hotels LLC to Sylvia Patton with Wiring Instructions<br>CPD01124-01125, GJ_002-000108-000109 |
| 38 | Fax dated 12/21/2007 from Sylvia Patton to Joyce Replinski with Exception Funds Transfer Request<br>CPD01126-01128, GJ_002-000110-000112 |
| 39 | Email dated 01/21/2008 from Silvia Patton to Abul Biseria with Invoice #24057 & Statement of Account Cincinnati |

|    |                                                                                                                    |
|----|--------------------------------------------------------------------------------------------------------------------|
|    | CPD01130-01132, GJ_002-000113-000115                                                                               |
| 40 | CPD Invoice #24057 dated 01/21/2008<br>CPD01048                                                                    |
| 41 | Exception Funds Transfer Request dated 01/23/2008 to Wachovia Bank<br>CPD01133, GJ_002-000116                      |
| 42 | Funds Transfer Advice #01220625 dated 01/22/2008<br>CPD01134, GJ_002-000117                                        |
| 43 | Cash in Bank Register Wachovia dated 04/20/2007 to 04/23/2007<br>CPD01514-01515, GJ_002-000118-000119              |
| 44 | Cash in Bank Register Wachovia dated 01/22/2008 to 01/23/2008<br>CPD01516, GJ_002_000118-000120                    |
| 45 | Cash in Bank Register Wachovia dated 12/21/2007 to 12/21/2007<br>CPD01519, GJ_002-000118-000121                    |
| 46 | Purchase Order Report dated 01/26/2012 for Springdale-Cincinnati<br>CPD01520, GJ_002-000118-000122                 |
| 47 | Email dated 03/12/2008 from Carol Clappina to Sylvia Patton with Contractor's Statement<br>GJ_002-000135-000137    |
| 48 | Email dated 03/12/2008 from Sylvia Patton to Carol Clappina with Contractor's Statement<br>GJ_002-000138-000141    |
| 49 | Email dated 03/12/2008 from Carol Clappina to Sylvia Patton with Contractor's Statement<br>GJ_002-000142-000144    |
| 50 | Email dated 03/12/2008 from Sylvia Patton to Carol Clappina with Contractor's Statement signed and notarized<br>GJ_002-000145-000148 |

| | |
|---|---|
| 51 | Email dated 03/13/2008 from Sylvia Patton to Abul Biseria with CPD Invoice #24215 dated 03/06/2008 and Sales Order #23258 dated 11/13/2007 to Shubh Hotel Springdale<br>GJ_002-000149-000151 |
| 52 | Email dated 03/13/2008 from Sylvia Patton to Carol Clappina with Contract and Lien Waiver<br>GJ_002-000152-000154 |
| 53 | CPD Invoice #24871 dated 07/09/2008 for Cincinnati Crowne Plaza<br>CPD01050 |
| 54 | CPD Invoice #24871 dated 07/09/2008 for Cincinnati Crowne Plaza<br>CPD01135 |
| 55 | Wire Transfer #080314123324H400 dated 03/14/2008 from Colonial Bank AL to Wachovia Bank<br>GJ_002-00158 |
| 56 | Email dated 03/14/2008 from Sylvia Patton to Abul Biseria with CPD Invoice #24215 dated 03/06/2008 and Sales Order #23258 dated 11/13/2007 to Shubh Hotel Springdale<br>GJ_002-000159 |
| 57 | Cash in Bank Register Wachovia dated 03/14/2008 to 03/14/2008<br>CPD01471, GJ_002-000160 |
| 58 | CPD Invoice #25495 dated 1/28/2009 to Shubh Hotel Springdale<br>CPD01136-01138 |
| 59 | CPD Invoice #25495 dated 1/28/2009 to Shubh Hotel Springdale<br>CPD01051-01053 |
| 60 | Standards Manual copyright 2007 Boca Raton DoubleTree<br>CPD02478-02600 |

| | |
|---|---|
| 61 | Purchase Order Report dated 01/26/2012 for Boca Raton DoubleTree<br>CPD01472-01475, GJ_002-000161-000164 |
| 62 | Email dated 01/22/2008 from Silvia Patton to Abul Biseria with Boca Raton DoubleTree Proposal<br>GJ_002-000123-000125 |
| 63 | Email dated 03/07/2008 from Silvia Patton to Abul Biseria with Boca Raton DoubleTree Proposal<br>GJ_002-000126-000128 |
| 64 | Email dated 03/10/2008 from Silvia Patton to Abul Biseria with Boca Raton DoubleTree Updated Proposal<br>GJ_002-000129-000131 |
| 65 | Email dated 03/10/2008 from Silvia Patton to Abul Biseria with Boca Raton DoubleTree Proposal<br>GJ_002-000132-000134 |
| 66 | Proposal dated 01/22/2008 (updated 03/10/2008) Boca Raton DoubleTree<br>CPD01173-01189, GJ_002-000155-000156 |
| 67 | Email dated 06/04/2007 from Jill Schmidt to Jennifer Giles re fitness center design for Boca Raton DoubleTree<br>CPD02620-02666 |
| 68 | Email dated 02/01/2007 from Sylvia Patton to Atul Bisaria with Expansion Budget for Boca Raton DoubleTree<br>CPD02438-02439 |
| 69 | Emails dated 06/11/2007 from Steve Berry to Jennifer Giles with Drawings for Boca Raton DoubleTree<br>CPD02668-02672 |
| 70 | Emails dated 06/15/2007 from Steve Berry to Jennifer Giles with Plans for Boca Raton DoubleTree<br>CPD02681-02738 |

| | |
|---|---|
| 71 | Email dated 06/18/2007 between Christina Rachelson and Jennifer Giles re meeting with Dennis Morgan for Boca Raton DoubleTree<br>CPD02746-02747 |
| 72 | Email dated 06/19/2007 between Paula Cleary and Jennifer Giles re spec book for Boca Raton DoubleTree<br>CPD02748-02751 |
| 73 | Emails dated 06/27/2007 from Steve Berry to Jennifer Giles with Drawings for Boca Raton DoubleTree<br>CPD02754-02789 |
| 74 | Emails dated 06/27/2007 between Paula Clearly, Jennifer Giles, Cindy Guthrie re design specs for Boca Raton DoubleTree<br>CPD02790-02799 |
| 75 | Letter dated 07/17/2007 from Paula Cleary to Jennifer Giles approving CPD designs for Boca Raton DoubleTree<br>CPD02803 |
| 76 | Letter dated 08/01/2007 from Paula Cleary to Jennifer Giles approving CPD designs for Boca Raton DoubleTree<br>CPD02807 |
| 77 | Emails dated 11/29/2007 from Steve Berry to Jennifer Giles with Drawings for 8 story addition at Boca Raton DoubleTree<br>CPD02812-02891 |
| 78 | Emails dated 09/02/2008 between Steve Berry and Jennifer Giles re AutoCAD drawings for the DTGS in Boca Raton DoubleTree<br>CPD02892 |
| 79 | Emails dated 10/15/2008 between Paula Clearly and Jennifer Giles re design specs for Boca Raton DoubleTree<br>CPD02893-02896 |

| | |
|---|---|
| 80 | Email dated 10/25/2008 from Steve Lewis to Jennifer Giles re orders for additional merchandise to complete Boca Raton DoubleTree<br>CPD02897-02799 |
| 81 | Emails dated 12/11/2008 between Paula Cleary and Jennifer Giles with letter of approval for Boca Raton DoubleTree<br>CPD02905-02908 |
| 82 | Invoices and related documents for Boca Raton DoubleTree<br>LEWIS0001-0605 |
| 83 | CPD US Corporate Tax Return 2006<br>CPD01056-01068 |
| 84 | CPD US Corporate Tax Return 2007<br>CPD01070-01086 |
| 85 | CPD US Corporate Tax Return 2008<br>CPD01088-01104 |
| 86 | FDIC- Inspector General's Report on Broadway Bank dated November 2010 |
| 87 | FDIC- Inspector General's Report on Mutual Bank dated February 2010 |
| 88 | Mutual Bank Risk Management Report<br>A-002-000001-45 |
| 89 | Richard Barth FBI 302 dated March 24, 2010<br>RPT_002-000001-6 |
| 90 | Richard Barth FDIC Memorandum of Interview dated September 1, 2010<br>RPT_003-000031-34 |
| 91 | Richard Barth FBI 302 dated April 22, 2013 with exhibits<br>RPT_006-000004-000030 |
| 92 | Stephen Berry FBI 302 dated April 12, 2013<br>RPT_006-00001-2 |

| | |
|---|---|
| 93 | Akash Brahmbhatt FDIC Memorandum of Interview dated October 27, 2010<br>RPT_004-000127-135 |
| 94 | Carol Ciappina Grand Jury Testimony dated October 13, 2011 with exhibits<br>GJ_001-0000001 - GJ_001-000072 |
| 95 | Carol A. Ciappina FDIC Memo of Interview dated April 16, 2010<br>RPT_001-000001-0000003 |
| 96 | Kenneth J. Conner FBI 302 dated April 19, 2008<br>RPT_004-000030-31 |
| 97 | Kenneth Conner FDIC Memorandum of Interview dated October 27, 2011<br>RPT_004-000136-157 |
| 98 | Sandra A. Engyel FDIC Memorandum of Interview dated July 21, 201<br>RPT_003-000001-4 |
| 99 | Barbara Groom FDIC Memorandum of Interview dated July 21, 2010<br>RPT_003-000005-10 |
| 100 | SAR Report prepared by Barbara Groom<br>A_008-000001-93 |
| 102 | Jason Felicone FBI 302 dated December 15, 2009<br>RPT_004-000078-79 |
| 103 | Mary Hakken-Phillips FDIC Memorandum of Interview dated August 24, 2010<br>RPT_003-000028-30 |
| 104 | Mary Hakken-Phillips FBI 302 dated April 9, 2010<br>RPT_004-000117-119 |
| 105 | Mary Hakken-Phillips FBI 302 dated January 24, 2012<br>RPT_004-000217-218 |
| 106 | Mary Hakken-Phillips FDIC Memoranum of Interview dated November 26, 2012<br>RPT_004-000240-277 |

| | |
|---|---|
| 107 | Majorie Horwin FBI 302 dated February 15, 2013 RPT_006-000031 |
| 108 | Steve Lakner FDIC Memorandum of Interview dated February 14, 2012 RPT_004-000222-000224 |
| 109 | Tom Le FDIC Memorandum of Interview dated July 22, 2010 RPT_003-000020-24 |
| 110 | Amerish Majahan Employment Contracts EMPCNTR0002-12, EMPCNTR0014-24, EMPCNTR0044-54 |
| 111 | Letters written by Regas regarding bonuses for Amerish Majahan EMPPCNTR0026, EMPRCNTR0028, EMPRCNTR0030, EMPCNTR0032 EMPCNTR0035, EMPCNTR0038 EMPCNTR0040, EMPCNTR0042 EMPCNTR0058, EMPCNTR0059 |
| 112 | Thomas Pacocha Sworn Statement to the FDIC dated September 30, 2010 RPT_003-000037- 91 |
| 113 | Email from Thomas Paccocha to Sandra Dean dated February 8, 2008 RPT_004-000091 |
| 114 | Biju Patel aka BJ Patel FBI 302 dated August 24, 2009 with exhibits RPT_004-0000065-74 |
| 115 | Sylvia Patton Grand Jury Transcript dated 8/21/12 with exhibits GJ_002-000001-164 |
| 116 | Sylvia Patton FDIC Memo of Interview dated April 7, 2010 RPT_001-000052-161 |
| 117 | US v. James Regas, No. 12-cr-461- False Statements in violation of 18 USC 1001 re Western Springs Bank |

| | |
|---|---|
| 118 | US v. James Regas, No. 12-cr-461- Guilty Plea dated 7/11/12 |
| 119 | US v. James Regas, No. 12-cr-461 Judgment Sentences on February 22, 2013 and March 6, 2013 |
| 120 | Kelly D. Rushmore FBI 302 dated March 5, 2013 RPT_006-000032-33 |
| 121 | Vinit Shah FDIC Memorandum of Interview dated July 11, 2011 RPT_003-000092 - 94 |
| 122 | Kevin Sullivan FBI 302 dated April 6, 2012 RPT_000225-230 |
| 123 | Kevin Sullivan FDIC Memorandum of Interview dated October 17, 2012 RPT_004-000231-239 |
| 124 | Ron Tucek FDIC Memorandum of Interview dated February 14, 2012 RPT_004-000219-221 |
| 125 | Keith Wynn FDIC Memorandum of Interview dated March 8, 2011 RPT_001-000179-181 |
| 126 | Keith Wynn FDIC Memorandum of Activity by Patrick Collins dated August 9, 2011 RPT_001-000182 |
| 127 | IRS Memorandum of Interview of Joanne Urso, Robert Scahill, and Jacki Heinen dated November 3, 2008 RPT_004-000050-54 |
| 128 | IRS Memorandum of Interview of Joanne Urso and Jacki Heinen dated November RPT_004-000056-000060 |
| 129 | Checks Issued by Atul Bisaria to St. Andrews School CSLN_014-000496, CSLN_014-000474, CSLN_014-000443, CSLN_014-000148, CSLN_014-000392, CSLN_014-000327, CSLN_014-000265, CSLN_014-000251, CSLN-014-000214, CSLN_014-000138 |

The defendant reserves the right to add additional exhibits based upon the recent turnover of computer related materials seized from Atul Bisaria. These items have not been examined and it is our anticipation that based upon a precursory view that many of them will be added.

        Respectfully submitted,

        **AMBROSE LAW FIRM**

        By: */s/ Leonard G. Ambrose III*
            Leonard G. Ambrose III
            Pa. Atty. I.D. #18824
            319 W. 8th St.
            Erie, PA 16502
            Ph: (814) 459-5900
            Fax: (814) 459-0968
            Email: lambrose@ambroselawfirm.net

            *Attorneys for Defendant,*
            *Steve Lewis*

### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) |
| | ) CRIMINAL ACTION NO. 12-CR-791-2 |
| STEVE LEWIS, | ) |
| Defendant | ) FILED ELECTRONICALLY |

### CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically submitted the Defendant's Exhibit List to the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following counsel of record, who by rule, have consented to accept the Notice as service of this document by electronic means:

Rick D. Young
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604
(312) 353-5300
Email: rick.young@usdoj.gov

Andrew S. Boutros
Assistant U.S. Attorney
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 353-5300
Email: aboutros@usa.doj.gov

Harold Mark Garfinkel
Law Offices of Hal Garfinkel
111 West Washington #1301
Chicago, IL 60602
(312) 629-0669
Email: hal@halgarfinkellaw.com

Robert A. Fisher
Robert A. Fisher, Ltd.
20 South Clark Street, Suite 700
Chicago, IL 60603
(312) 372-8888
Fax: (312) 372-8887
Email: raf@rfisher-law.com

**AMBROSE LAW FIRM**

By: */s/ Leonard G. Ambrose, III*
Leonard G. Ambrose, III
Pa. Atty. I.D. #18824
319 W. 8th St.
Erie, PA 16502