UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CRIMINAL ACTION NO. 12 CR 791-2 |
| STEVE LEWIS, | ) |
| | ) |
| Defendant | ) FILED ELECTRONICALLY |

# **DEFENDANT'S PROPOSED WITNESSES**

The Defendant, STEVE LEWIS, by and through his attorneys, LEONARD G. AMBROSE III, Esq. and RONALD A. DINICOLA, Esq., respectfully submits this list of prospective witnesses he may call at trial:

1. Richard Barth
2. Stephen Berry
3. Patrick Collins
4. Kenneth J. Conner
5. Sandra A. Engyel
6. Jason Felicone
7. Jane Ferguson
8. Demitris Giannoulias
9. Barbara L. Groom
10. Mary Hakken-Phillips
11. Jackie Heinen
12. Majorie Horwin
13. Steve Lakner
14. Tom Le
15. Amrish Mahajan
16. Thomas Pacocha
17. Birju Patel aka BJ Patel
18. Robert Scahill
19. Vinit Shah
20. Steven Smith
21. Kevin Sullivan
22. Ron Tucek
23. Joanne Urso
24. Kelly D. Rushmore
25. Keith Wynn

The defendant reserves the right to call any witnesses listed in the Governments list of witnesses. Further, the defendant reserves the right to supplement this list of witnesses.

        Respectfully submitted,

**AMBROSE LAW FIRM**

By: */s/ Leonard G. Ambrose III*
     Leonard G. Ambrose III
     Pa. Atty. I.D. #18824
     319 W. 8th St.
     Erie, PA 16502
     Ph: (814) 459-5900
     Fax: (814) 459-0968
     Email: lambrose@ambroselawfirm.net

     *Attorneys for Defendant,*
     *Steve Lewis*

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) |
| | ) CRIMINAL ACTION NO. 12-CR-791-2 |
| STEVE LEWIS, | ) |
| | ) |
| Defendant | ) FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically submitted the Defendant's Proposed List of Witnesses to the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following counsel of record, who by rule, have consented to accept the Notice as service of this document by electronic means:

Rick D. Young
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604
(312) 353-5300
Email: rick.young@usdoj.gov

Andrew S. Boutros
Assistant U.S. Attorney
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 353-5300
Email: aboutros@usa.doj.gov

Harold Mark Garfinkel
Law Offices of Hal Garfinkel
111 West Washington #1301
Chicago, IL 60602
(312) 629-0669
Email: hal@halgarfinkellaw.com

Robert A. Fisher
Robert A. Fisher, Ltd.
20 South Clark Street, Suite 700
Chicago, IL 60603
(312) 372-8888
Fax: (312) 372-8887
Email: raf@rfisher-law.com

                         **AMBROSE LAW FIRM**

                         By: */s/ Leonard G. Ambrose, III*
                              Leonard G. Ambrose, III
                              Pa. Atty. I.D. #18824
                              319 W. 8th St.
                              Erie, PA 16502