# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) ) ) ) | Case No: 12-cr-791 |
| v. | ) ) ) |  |
| Steve Lewis | ) ) | Judge: John Z. Lee |

## ORDER

Status hearing held. The parties report that Defendant recently was provided additional documents in the form of seven CDs and requests time to review them. Accordingly, Defendant requests a continuance of the trial, and the government does not object. The jury trial set for 6/23/14 is reset to 10/14/14 at 9:00 a.m. The pretrial conference set for 6/18/14 is reset to 9/26/14 at 2:00 p.m. Status hearing set for 6/27/14 at 11:00 a.m. Argument on the two motions in limine will take place on 6/27/14 at 11:00 a.m. Mr. Lewis may appear by telephone on that date and should contact he courtroom deputy the day before with a call in number. The defendant's response to the government's motion in limine is due by 6/13/14. Government's oral motion to exclude time is granted without objection. Time is excluded from 6/23/14 through 10/14/14 in the interest of justice pursuant to 18 U.S.C. Sec. 3161(h)(7)(A)-(B) to provide Defendant's counsel additional time to review the discovery in this case and prepare for trial. XT

Date: 6/2/14

_____
John Z. Lee
U.S. District Court Judge

.20