UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12 CR 791-2 |
| vs. | ) | |
| | ) | Judge John Z. Lee |
| STEVE LEWIS | ) | |

GOVERNMENT'S MOTION FOR LEAVE
OF COURT TO FILE REPLY BRIEF *INSTANTER*

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully moves for leave of Court to file *instanter* a reply in support of its motion *in limine* for an order barring the introduction of evidence, cross-examination, or argument regarding the victim financial institutions' alleged misconduct, negligence, or lack of reasonable reliance.

In support of its motion, the government avers as follows:

1. On May 30, 2014, the government filed a motion *in limine* seeking to bar the introduction of evidence, cross-examination, or argument regarding the victim financial institutions' alleged misconduct, negligence, or lack of reasonable reliance.

2. Defendant's response to the government's motion *in limine* was due to be filed by prior order of the Court by no later than June 6, 2014. Without objection, the Court extended the time by which defendant may respond to the motion until June 13, 2014.

3. On June 13, 2014, defendant filed his response to the government's motion *in limine*.

4. The government has prepared the attached reply brief in order to respond to certain factual contentions that were raised for the first time in defendant's response and advise

the Court of a recent decision from the United States District Court for the Northern District of Indiana.

WHEREFORE, the UNITED STATES OF AMERICA requests leave of Court to file the attached reply brief in support of its motion *in limine*.

                                       Respectfully submitted,

                                       ZACHARY T. FARDON
                                       United States Attorney

By:    /s/ Rick D. Young
        Rick D. Young
        Andrew S. Boutros
        Assistant United States Attorneys
        219 South Dearborn, 5th Floor
        Chicago, IL 60604
        (312) 353-5300