# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                                        Case No.: 1:12−cr−00791
                                                          Honorable John Z. Lee

Atul Bisaria, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2014:

      MINUTE entry before the Honorable John Z. Lee: As to Steve Lewis, by agreement of the parties, the status hearing set for 6/27/14 at 11:00 a.m is reset to 7/3/14 at 10:00 a.m. Argument on the two motions in limine will take place on 7/3/14 at 10:00 a.m. Mr. Lewis may appear by telephone on that date and should contact the courtroom deputy the day before with a call in number. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.